## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: TONYA LYNN LIEDEL | CASE NO: 17-49192 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 7/26/2017, I did cause a copy of the following documents, described below,

Notice of Adjournment of 341,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/26/2017

/s/ Robert Keyes
Robert Keyes P68856
Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti, MI 48197
734 662 1590
robert@robertkeyeslaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: TONYA LYNN LIEDEL

CASE NO: 17-49192

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 7/26/2017, a copy of the following documents, described below,

Notice of Adjournment of 341,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/26/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert Keyes Law, PLLC
Robert Keyes
300 North Huron Street
Ypsilanti, MI 48197

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
06452
CASE 17-49192-PJS
EASTERN DISTRICT OF MICHIGAN
DETROIT
TUE JUL 25 17-07-36 EDT 2017

2 ADVANTAGE ONE FCU
23670 TELEGRAPH RD
FLAT ROCK MI 48134-9222

3 AMERICAN PROFIT RECOVERY
34405 WEST 12 MILES ROAD 333
FARMINGTON HILLS MI 48331-5608

4 BAXTER CREDIT UNION
COLLECTION DEPARTMENT
PO BOX 8133
VERNON HILLS IL 60061-8133

5 CAPIO PARTNERS LLC
ATTN BANKRUPTCY
PO BOX 3498
SHERMAN TX 75091-3498

6 CHEXSYSTEMS
ATTN CONSUMER RELATIONS
7805 HUDSON ROAD
SUITE 100
WOODBURY MN 55125-1703

7 COMMONWEALTH FINANCIAL SYSTEMS
245 MAIN ST
DICKSON CITY PA 18519-1641

8 CREDIT ACCEPTANCE
25505 WEST 12 MILE RD
SUITE 3000
SOUTHFIELD MI 48034-8331

9 DON PIPKENS
23940 GIBRALTAR RD
FLAT ROCK MI 48134-9411

10 EQUIFAX CREDIT INFORMATION SERVICES
INC
OO BOX 740241
ATLANTA GA 30374

11 ERIC BRUST DDS
10460 PELHAM
TAYLOR MI 48180-3828

12 EXPERIAN
PO BOX 2002
ALLEN TX 75013-2002

13 IC SYSTEMS INC
444 HIGHWAY 96 EAST
ST PAUL MN 55127-2557

14 INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

15 JOHN ROBERT KEYES
300 NORTH HURON STREET
YPSILANTI MI 48197-2842

*DEBTOR*

16 L J ROSS AND ASSOCIATE
4 UNIVERSAL WAY
PO BOX 6099
JACKSON MI 49204-6099

17 LNVN FUNDING LLC STENGER   STENGER
PC
2618 E PARIS AVE SE
GRAND RAPIDS MI 49546-2454

18 TONYA LYNN LIEDEL
18453 PINE WEST BLDG 11
BROWNSTOWN MI 48193-8322

19 LINDA MORGAN
20062 CHURCHILL
TRENTON MI 48183-5007

20 MARK LIDEL
34580 WILLOW RD
NEW BOSTON MI 48164-9393

21 MICHIGAN DEPARTMENT OF TREASURY
COLLECTIONBANKRUPTCY UNIT
PO BOX 30168
LANSING MI 48909-7668

22 MICHIGAN DEPARTMENT OF TREASURY
COLLECTIONBANKRUPTCY UNIT
PO BOX 30199
LANSING MI 48909-7699

23 NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL RD
HORSHAM PA 19044-2308

24 RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 SE AVENUE SUITE 1120
MIAMI FL 33131

25 ROSS STUART  DAWSON I
691 N SQUIRREL RD STE 17
AUBURN HILLS MI 48326-2865

26 TELECHECK SERVICES INC
5251 WESTHEIMER
HOUSTON TX 77056-5416

27 THE HAMPTONS OF BROWNSTON
18535 PINE W
RIVERVIEW MI 48193

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28 TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CRUM LYNNE PA 19022-2000

29 TRANSWORLD SYSTEM INC
2235 MERCURY WAY
STE 275
SANTA ROSE CA 95407-5463

30 US DEPT ED
ECMCBANKRUPTCY
PO BOX 16408
ST PAUL MN 55116-0408

31 CHARLES L WELLS III
903 N OPDYKE RD
A2
AUBURN HILLS MI 48326-2693

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM